**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Osmond W. BANKS, Defendant–Appellant.**

**No. 01–1310.**

United States Court of Appeals, Seventh Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 15, 2001.

Before Hon. FLAUM, Hon. BAUER, Hon. RIPPLE, Circuit Judges.

ORDER

The order of the United States District Court dated January 22, 2001, is hereby affirmed.